

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2016

No. 04-16-00338-CV

**IN RE** Allen Jackie **JONES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Patricia O. Alvarez, Justice
              Jason Pulliam, Justice

On May 31, 2016, relator filed a petition for writ of mandamus and motion for emergency stay. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are denied. See Tex. R. App. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 31, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CI-04328, styled *In re Marriage of Tetyana Jones and Allen Jackie Jones*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.